### WILLRICH v. STATE.
### No. 25666.

Court of Criminal Appeals of Texas.
Jan. 23, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court of the offense of transporting beer for sale in a dry area, appellant was convicted and assessed punishment at a fine of $700.

The record contains neither a statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.